JS-6
Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN 28 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN PHILLIPS,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. CV 09-4422 RNB<br><br>**J U D G M E N T** |

　　　In accordance with the Order Affirming Decision of Commissioner filed herewith,

　　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: June 25, 2010

　　　　　　　　　　　　　　　　　/s/ Robert N. Block
　　　　　　　　　　　　　　　　ROBERT N. BLOCK
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE